UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:17-cr-238-J-25JBT

16 U.S.C. § 470ee

ROBERT WARD GREEN

## INFORMATION

The Acting United States Attorney charges:

### COUNT ONE

On or about April 25, 2017, in the Middle District of Florida and elsewhere, the defendant,

ROBERT WARD GREEN,

did willfully and knowingly remove archaeological resources, to wit: a fragment of wood grown around a metallic object, a fragment of wood with a visible embedded bullet, and bullets, knowing that said resources were excavated or removed from public lands in violation of Federal law, which resources were valued less than $500.

All in violation of 16 U.S.C. § 470ee.

W. STEPHEN MULDROW
Acting United States Attorney

By: _____
Ashley Washington
Assistant United States Attorney

By: _____
Frank Talbot
Assistant United States Attorney
Chief, Jacksonville Division