UNITED STATES OF AMERICA

vs.                                         CASE NO.  3:17-cr-238-J-25JBT

ROBERT WARD GREEN

_____

## REPORT AND RECOMMENDATION[1]
## CONCERNING PLEA OF GUILTY

Defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim.

P., and Rule 6.01(c)(12), M.D. Fla. Rules, and has entered a plea of guilty to Count One

of the Information.  After cautioning and examining Defendant under oath concerning each

of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable

and voluntary, and that the offense charged is supported by an independent basis in fact

containing each of the essential elements of such offense.  I therefore recommend that the

plea of guilty be accepted and that Defendant be adjudged guilty and have sentence

imposed accordingly.

**DONE AND ENTERED** at Jacksonville, Florida, this 7th day of December, 2017.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Honorable Henry Lee Adams, Jr.
Senior United States District Judge
Assistant United States Attorney (Washington)
Asst. Federal Public Defender (Yazgi)
United States Probation
United States Pretrial Services
Defendant

_____

[1]The parties have agreed to waive the fourteen (14) day objection period to this Report and Recommendation.  28 U.S.C. § 636(b)(1)(B); Rule 6.02, M.D. Fla. Rules.